ANTONIO MEDINA #38993
Name and Prisoner/Booking Number

AMADOR COUNTY JAIL
Place of Confinement

700 COURT ST
Mailing Address

JACKSON CA, 95642
City, State, Zip Code

**FILED**

NOV 30 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO MEDINA )
(Full Name of Plaintiff)      Plaintiff, )
)
v. )  CASE NO. 2:22-cv-2136 JDP (PC)
)         (To be supplied by the Clerk)
(1) AMADOR JAIL , )
(Full Name of Defendant) )
(2) CAPT. JEREMY MARTIN , )
)          **CIVIL RIGHTS COMPLAINT**
(3) _____ , )          **BY A PRISONER**
)
(4) _____ , )  ☐ Original Complaint
        Defendant(s). )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: AMADOR COUNTY JAIL .

Revised 3/15/2016                                    1

## B. DEFENDANTS

1. Name of first Defendant: __JEREMY MARTIN__. The first Defendant is employed as: __CAPTAIN__ at __AMADOR JAIL__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Health, Safety, Civil Rights 42-1983 42 USC 12181-12189 UNRUH ACT.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Not following code, Jail to full, Inmates sleeping on floor, not in compliance with Federal or State regulations, Inmate safety).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Violation of My Human Rights

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Afraid of Retaliation

3

## E. REQUEST FOR RELIEF

State the relief you are seeking: Demands $1,000,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-22-2022
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6