1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTONIO MEDINA,                        Case No.  2:22-cv-02136-JDP (PC)

12              Plaintiff,                    ORDER DIRECTING PLAINTIFF TO
                                             SUBMIT A COMPLETE IN FORMA
13        v.                                 PAUPERIS APPLICATION AND INMATE
                                             TRUST ACCOUNT STATEMENT
14    AMADOR JAIL, *et al.*,

15              Defendants.

16

17        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28

19    U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20    plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21    certified copy of his inmate trust account statement for the six-month period immediately

22    preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23    opportunity to submit a completed *in forma pauperis* application and a certified copy in support

24    of his application.

25        In accordance with the above, IT IS HEREBY ORDERED that:

26        1. Plaintiff shall submit, within thirty days from the date of this order, a completed

27    affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk

28    of Court;

1

1          2.  The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma

2    Pauperis By a Prisoner; and

3          3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4    his inmate trust account statement for the six-month period immediately preceding the filing of

5    the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that

6    this action be dismissed without prejudice.

7
     IT IS SO ORDERED.
8

9
     Dated:     December 7, 2022          _____
10                                        JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28