UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MEDINA, | Case No.  2:22-cv-02136-DJC-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| AMADOR JAIL, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed May 17, 2023, are adopted in full;

    2.  This action is dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim; and

    3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **June 17, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE